UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

MAY 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD WASHINGTON

    Petitioner,

-v-

WILLIAM H. REHNQUEST, et al.

    Respondents.

DISTRICT COURT NO. 05 1030

JUDGE:

MAGISTRATE JUDGE:

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner, Ronald Washington, a State prisoner, in pro per, housed at the Riverside Correctional Facility, at 777 W. Riverside Dr., Ionia, Michigan 48846.

Petitioner ask this Court to suspend fees/costs pursuant to 28 USC § 1915, because of his indigency.

Petitioner have an average monthly deposit of $8.33, with an average monthly account balance of minus (-) $10.92, with a current spendable balance of $0.00. See the attached "Certificate of Prisoner Institutional/Trust Fund Account Activity."

Petitioner own no stocks, bonds, or anything to defray into cash value. Pursuant to Hampton v Hobbs, 106 F3d 1281, 1284 (CA 6 1997); Mcgore v Wrigglesworth, 114 F3d 601, 605-607 (CA 6 1997), Petitioner cannot be denied access to the court because of his indigency.

I authorize the correctional facility in which I am currently housed to: 1) provide information about my trust fund account to the federal court; 2) withdraw from my trust fund account **sequentially** with other fees/costs obligation and forwarded to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for approximately the past 6 months), and (b) subsequent monthly payments (20% of my previous month's

deposits) until I have paid the full filing fee for this action.

WHEREFORE, petitioner ask this Court to waive fees/costs where he is unable at this time to pay even an initial partial filing fee.

Respectfully Requested,

*Ronald Washington*

Ronald Washington, #213524
Riverside Correction Fac.
777 W. Riverside Dr.
Ionia, Michigan 48846

Dated: April 11, 2005

ELLEN B. WOOD, Notary Public
State of Michigan
County of Ionia
My Commission Expires Oct. 14, 2010
Acting in the County of _____

*Ellen B. Wood*
4-15-05

FEDERAL COURT - CIVIL ACTION

| Prisoner - Plaintiff/Petitioner/Appellant name & number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| RONALD WASHINGTON #213524 | V | WILLIAM H. REHNQUEST, ET. AL. |

## CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout, which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawl from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of ___$8.33___, an average monthly account balance (i.e., total deposits minus total withdrawls divided by number of month of ___-$10.92___. There is a current spendable account balance of ___$0.00___

Date:   04/05/05

_(signature)_
Signature of Custodian of Prisoner Institutional/Trust Fund Account

Riverside/Deerfield
Correctional Facility

05 1030

**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT