**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RONALD WASHINGTON,

    Petitioner,

-V-

WILLIAM H. REHNQUEST, et al.

    Respondents.

DISTRICT COURT NO: **05 1030**

HON:

MAGISTRATE JUDGE:

## MOTION FOR APPOINTMENT OF COUNSEL AND/OR
## WRIT OF HABEAS CORPUS AND/OR
## USE OF TELECOMMUNICATIONS

NOW COMES, Petitioner, Ronald Washington, In Pro Per, and certify that all information contained herein in this motion is true to the best of his information, knowledge, and belief, and herby move this Court to grant the instant motion for the following reasons:

1). This action is before the Court where Respondents failed to decide the merits of Petitioner's habeas corpus petition and inter alia, leaving a **INNOCENT BLACK MAN FALSELY IMPRISONED** in violation of the constitution, statutes and laws of the United States to punish him because he sued two **WHITE** lawyers.

2). Petitioner is under the control of the Michigan Department of Corrections (MDOC), incarcerated at the Riverside Correctional Facility, at 777 W. Riverside Dr., Ionia, Michigan 48846 and unable to appear without the help of this Court.

### APPOINTMENT OF COUNSEL

3). The "Certificate of Petitioner's Institutional/Trust Fund Account Activity," attached to my "motion to proceed in forma pauperis" clearly show I am unable to employ counsel to represent me.

-1-

3

4). During litigation a variety of motions will probably be filed by both parties, some of which may require oral argument and a testimonial record.

5). Pursuant to 28 USC §1915(e) "the court may request an attorney to represent any person unable to employ counsel." In civil actions, the decision to grant such a request is discretionary and is generally allowed in exceptional cases. See Lavardo v Keohane, 992 F2d 601, 604-605 (6th Cir 1993)(the decision to deny a civil litigant's request for counsel will be overturned only when the denial of counsel results in the "fundamental impinging on due process rights").

6). When examining request such as this, courts have generally considered factors such as: (1) whether the action presents a colorable claim for relief, (2) the litigant's ability to investigate crucial facts, (3) whether the nature of the evidence indicates that the truth will more likely be revealed when both sides are represented by counsel, (4) the ability of the litigant to present his case, and (5) the complexity of the legal issues presented. See McKeeves v Israel, 689 F2d 1315, 1320-1321 (7th Cir 1982); Lavado, 992 F2d at 605-606.

7). I feel I meet the requirement for the Court to appoint counsel to represent me. (1) I have documented proofs to prove **each** and **every** allegation of my complaint; (2) This action presents a colorable claim for relief; (3) I am unable to employ counsel to protect my rights to recovery; (4) Appointed counsel will bring a speedy and inexpensive resolution to the claim saving time and resources's; (5) The truth will more likely be revealed when both sides are represented by counsel.

### WRIT OF HABEAS CORPUS AND/OR USE OF COMMUNICATION EQUIPMENT

8). Should this Court decide not to appoint counsel to represent me, it would be economically sound if this Court would allow me to participate in all scheduled hearings by issuing the writ pursuant to Federal Rules of Civil Procedure (FRCvP) 81, and/or Use of Telecommunication pursuant to FRCvP 30. An Appearance can help this court understand the facts and extent of the injuries more fully and effectively,

saving this Court time and resources's

### RELIEF REQUESTED

WHEREFORE, Petitioner ask this Court to appoint professional counsel to represent him and/or, issue the writ and allow him to appear personally and/or allow the use of telecommunications.

Respectfully requested,

*Ronald Washington*

Ronald Washington, #213524
Riverside Correctional Fac.
777 W. Riverside Dr.
Ionia, Michigan 48846

Dated: April 11, 2005

ELLEN B. WOOD, Notary Public
State of Michigan
County of Ionia
Commission Expires Oct. 14, 2010
in the County of Ionia

*Ellen B. Wood*
4-15-05

-3-