FILED
MAY 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WASHINGTON, )
)
Plaintiff, )
)
v. )  Civil Action No.  05 1030
)
WILLIAM H. REHNQUIST, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court for consideration of plaintiff application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff, a prisoner incarcerated at a state facility in Michigan, brings this action against the Justices of the United States Supreme Court, the Chief Judge of the United States Court of Appeals for the Sixth Circuit, and a United States District Judge in the Eastern District of Michigan. He alleges that these defendants deprived him of his constitutional rights by ruling against him in various matters brought before these courts. He demands his immediate release from custody.

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). Judges have absolute immunity for any actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

Date: 5/6/05

United States District Judge