**FILED**

MAY 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD WASHINGTON, )
)
Plaintiff, )
)
v. )  Civil Action No.  05 1030
)
WILLIAM H. REHNQUIST, *et al.*, )
)
Defendants. )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that plaintiff's motion for appointment of counsel and other relief is DENIED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 5/6/05