UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RONALD WASHINGTON,

    Plaintiff,

V

WILLIAM RHENQUIST, et al.,

    Defendants.

---

Civil Action No. 05-1030 UNA

**FILED**

JUN 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given that Ronald Washington in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from a order that dismissed this case with prejudice filed in this action on May 19, 2005.

Respectfully submitted,

*Ronald Washington*

Ronald Washington, #213524
Riverside Correction Fac.
777 W. Riverside Dr.
Ionia, Michigan 48846

Dated: June 6, 2005

