UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD WASHINGTON

    Plaintiff,

-V-

    Civil Action No. 05-1030

WILLIAM RHENQUEST, et al.

    Defendants.

Leave to file without
Prepayment of Cost GRANTED
*Ricardo M. Urbina*
6/27/2005

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Ronald Washington hereby moves for leave to proceed on appeal in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe I am entitled to redress.

Plaintiff further swear that he own no stocks, bonds, or anything to defray into cash value.

Plaintiff have an average monthly deposit of $13.40, with an average monthly account balance of minus (-) $8.11, with a current spendable balance of $0.00. See the attached "Certificate of Prisoner Institutional/Trust Fund Account Activity."

Pursuant to Hampton v Hobbs, 106 F3d 1281, 1284 (CA 6 1997); Mcgore v Wrigglesworth, 114 F3d 601, 605-607 (CA 6 1997), Petitioner cannot be denied access to the court because of his indigency.

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Respectfully Requested,

*Ronald Washington* (signature)

Ronald Washington, #213524
Riverside Correction Fac.
777 W. Riverside Dr.
Ionia, Michigan 48846

Dated: June 9, 2005

RECEIVED

FEDERAL COURT - CIVIL ACTION

| Prisoner - Plaintiff/Petitioner/Appellant name & number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| IN RE: WASHINGTON #213524 | V | |

**FILED**

JUN 16 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout, which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawl from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of  $13.40 , an average monthly account balance (i.e., total deposits minus total withdrawls divided by number of month of  -$8.11 . There is a current spendable account balance of  $0.00

Date:    06/07/05

Signature of Custodian of Prisoner Institutional/Trust Fund Account

Riverside/Deerfield
Correctional Facility

